# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-13659** |
| **Leigh A. Gangloff** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **June 29, 2017 at 11:00 a.m.** |
| | : | |
| **Leigh A. Gangloff** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document # 39** |

## ORDER OF COURT

AND NOW, to wit, this  8th  day of  August , 2017, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107 (notified by ecf)

James D. Moran, Attorney for Debtor, Land Title Building, 100 S. Broad St, Suite 2230, Philadelphia, PA  19110 (notified by ecf)

Leigh A. Gangloff, Debtor, 328 Fountain Street, Philadelphia, PA  19128 (notified by regular US Mail)