## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leigh A. Gangloff | CHAPTER 13 |
| Debtor(s) | |
| Toyota Lease Trust | |
| Movant | |
| vs. | NO. 16-13659 MDC |
| Leigh A. Gangloff | |
| Debtor(s) | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2015 TOYOTA VENZA, VIN:

4T3BA3BB4FU074659 in a commercially reasonable manner. The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this *28th* day of *September*, 2017.

_____
United States Bankruptcy Judge.

cc: See attached service list