*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leigh A. Gangloff
    Debtor(s)

Case No: 16–13659–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement Filed by KARINA VELTER on behalf of WELLS FARGO BANK, NA

    on: 7/17/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/21/18

Timothy B. McGrath
Clerk of Court

60 – 58
Form 167