*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leigh A. Gangloff
    Debtor(s)

Case No: 16–13659–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

**RESCHEDULED

Objection filed by debtor to Certification of Default of Stipulation of Settlement Filed by KARINA VELTER on behalf of WELLS FARGO BANK, NA

on: 12/20/18

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/21/18

Timothy B. McGrath
Clerk of Court

66 – 58
Form 167