United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13659-mdc
Leigh A. Gangloff                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen            Page 1 of 1                Date Rcvd: Nov 21, 2018
                              Form ID: 167            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2018.
db            +Leigh A. Gangloff,    328 Fountain Street,    Philadelphia, PA 19128-4512
13731819       Manley, Deas, Kochalski, LLC,    PO Box 165028,    Columbus, OH 43216-5028
13740129      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13731820       Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14040386       Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13745823      +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                ADDISON, TEXAS 75001-9013
13773275       Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
13792999      +Wells Fargo Bank, N.A.,    1 Home Campus, Attn: Payment Process,    MAC #X2302-04C,
                Des Moines, IA 50328-0001
13731821      +Wells Fargo,,    3476 Stateview Blvd.,,    MAC #X7801-013,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13795476       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2018 02:49:33
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13755150       E-mail/Text: appebnmailbox@sprint.com Nov 22 2018 02:41:06      Sprint Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13762852       James D.Moran,2230 Land Title Bldg.,Phila.,PA 1910
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2018 at the address(es) listed below:
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JAMES D. MORAN    on behalf of Debtor Leigh A. Gangloff jamesdmoran@hotmail.com
          KARINA VELTER    on behalf of Creditor   WELLS FARGO BANK, NA amps@manleydeas.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Leigh A. Gangloff
    Debtor(s)

Case No: 16–13659–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED

Objection filed by debtor to Certification of Default of Stipulation of Settlement Filed by KARINA VELTER on behalf of WELLS FARGO BANK, NA

on: 12/20/18

at: 01:00 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/21/18

Timothy B. McGrath
Clerk of Court

66 – 58
Form 167