UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Leigh A. Gangloff
Bankruptcy No. 16-13659MDC
Adversary No.
Chapter        13

Date:   April 9, 2019

To:     James D. Moran, Esquire
        100 S. Broad Street
        Suite 2230
        Philadelphia, PA 19110

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion

The above pleading was filed in this office on **04/08/19.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )     Debtor's name does not match case number listed
( )     Debtor's name and/or case number (is) are missing
( )     Wrong PDF document attached
( )     PDF document  not legible
**(XX)  Notice of Motion has 2 dates listed. First date at the top reads 5/7/19 BUT the date in the body of the notice reads 5/5/19 (Sunday).  Need to file an amended notice of motion with the correct date.**
( )     Electronic Signature missing
( )     Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Antoinette Stevenson**
Deputy Clerk