UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

LEIGH A. GANGLOFF, :

    Debtor : BANKRUPTCY NO. 16-13659MDC

AMENDED CERTIFICATION OF SERVICE

James D. Moran, the attorney for the Debtor, hereby certifies that on the _10th_ day of April 2019 he served a copy of the foregoing Amended Notice of Motion, Response Deadline and Hearing Date on the Debtor, the Standing Chapter 13 Trustee, the Office of the U.S. Trustee, and on all creditors and parties in interest by first class mail, postage prepaid.

                                          Respectfully submitted,

                                          JAMES D. MORAN, ESQUIRE
                                          Attorney for Debtor