UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                       Chapter 13

     LEIGH A. GANGLOFF                 Bankruptcy No. 16-13659 MDC

**Debtor**

### DEBTOR'S ANSWER TO MOTION OF DEBTOR'S ATTORNEY TO WITHDRAW AS COUNSEL OF RECORD

I, Leigh A. Gangloff, Debtor in the above-captioned Chapter 13 Bankruptcy case, herby submits this Answer to Motion of Debtor's Attorney to Withdraw as Counsel of Record, and in support thereof respectfully avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied. It is specifically denied that Counsel for the Debtor did not receive proof of Debtor's payments in question, and still has not received any documentation from the Debtor. Copies of electronic communication from Debtor to Counsel for the Debtor providing

proof of payments are attached hereto as Exhibit "A."

13. Admitted.

14. Admitted.

15. Admitted.

16. Denied. It is specifically denied that Counsel for the Debtor does not have proof that the Debtor made the payments in question. Copies of electronic communication from Debtor to Counsel for the Debtor providing proof of payments are attached hereto as Exhibit "A."

WHEREFORE, Debtor prays that the Court enter an Order granting Counsel for the Debtor's Motion to Withdraw as Counsel of Record and striking his appearance in this case.

I certify under penalty of perjury that the above is true.

Date: April 16, 2019

_____
Signature of the Debtor

# EXHIBIT A

| | |
|---|---|
| **From:** | Leigh Gangloff |
| **To:** | "James Moran" |
| **Cc:** | "Leigh Gangloff" |
| **Subject:** | WF statements |
| **Date:** | Monday, January 21, 2019 9:51:38 AM |
| **Attachments:** | Statements - November 9 through January 9.pdf |

Attached are my statements from November 9th through January 9th. My online banking statement after January 9th is not available yet. I will continue checking and send it as soon as it is

**LEIGH GANGLOFF | PARALEGAL**

# CIPRIANI & WERNER PC
450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)    | www.c-wlaw.com
(610) 862-2016 (DIRECT) | lgangloff@c-wlaw.com
PENNSYLVANIA  •  NEW JERSEY  •  WEST VIRGINIA  •  DELAWARE  •  MARYLAND  •
WASHINGTON DC  •  NEW YORK  •  VIRGINIA

Account number: 9746326272  ■ November 9, 2018 - December 10, 2018   ■ Page 2 of 5



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.06 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/13 | | Venmo Cashout 1489254557 Leigh Gangloff | 30.00 | | |
| 11/13 | | Venmo Cashout 1490917192 Leigh Gangloff | 30.00 | | |
| 11/13 | | Purchase authorized on 11/09 Wawa 8049 0008 Philadelphia PA S388313849086800Card9845 | | 49.00 | |
| 11/13 | | Non-WF ATM Withdrawal authorized on 11/10 609 S. 4th Street Philadelphia PA 00468314679001945 ATM ID Bx1769 Card 9845 | | 101.00 | |
| 11/13 | | Purchase authorized on 11/10 Ppa on Street Mete Philadelphia PA S468314702791239 Card 9845 | | 6.00 | |
| 11/13 | | Purchase authorized on 11/10 Hip City Veg Broad Philadelphia PA S468314708354861 Card 9845 | | 36.83 | |
| 11/13 | | Purchase authorized on 11/10 Primo Hoagies - MA Philadelphia PA S388314854390155 Card 9845 | | 43.90 | |
| 11/13 | | Purchase authorized on 11/11 Dalvas Diner and G Philadelphia PA S388315524368201 Card 9845 | | 32.85 | |
| 11/13 | | Recurring Payment authorized on 11/11 Dunkin Donuts Auto 800-447-0013 MA S468316220756642 Card 9845 | | 10.00 | |
| 11/13 | | Purchase authorized on 11/12 Wawa Card Reload 800-444-9292 PA S468316519607149 Card 9845 | | 15.00 | |
| 11/13 | | Purchase authorized on 11/12 Shoprite Roxboroug Roxborough PA S588316863653116 Card 9845 | | 12.00 | |
| 11/13 | | Paypal Inst Xfer 181112 Usapowerlif Leigh Gangloff | | 55.00 | 56.29 |
| 11/14 | | Venmo Cashout 1499194771 Leigh Gangloff | 100.00 | | |
| 11/14 | | Purchase authorized on 11/12 Amzn Mktp US*M87Xk Amzn.Com/Bill WA S308317137453844 Card 9845 | | 11.99 | |
| 11/14 | | Recurring Payment authorized on 11/12 Apl*Itunes.Com/Bil 800-275-2273 CA S308317212718895 Card 9845 | | 0.99 | |
| 11/14 | | Purchase authorized on 11/13 Wawa 8049 0008 Philadelphia PA S588317434948803Card9845 | | 3.63 | |
| 11/14 | | Recurring Payment authorized on 11/13 Apl*Itunes.Com/Bil 800-275-2273 CA S308317442518275 Card 9845 | | 0.99 | 138.69 |
| 11/15 | | Cipriani & Werne Direct Dep 181115 452535329098Rqb Gangloff,Leigh A | 1,560.23 | | |
| 11/15 | | Venmo Cashout 1501909052 Leigh Gangloff | 10.50 | | 1,709.42 |
| 11/16 | | Venmo Cashout 1504477128 Leigh Gangloff | 65.00 | | |
| 11/16 | | Purchase authorized on 11/15 Wawa 8049 0008 Philadelphia PA S588319439873911Card9845 | | 7.77 | |
| 11/16 | | Recurring Payment authorized on 11/15 Apl*Itunes.Com/Bil 800-275-2273 CA S588319567668486 Card 9845 | | 16.19 | |
| 11/16 | | Purchase authorized on 11/15 Bruno S Restaurant Lafayette Hil PA S388319787186014 Card 9845 | | 15.70 | |
| 11/16 | | Purchase authorized on 11/15 Shoprite Roxboroug Roxborough PA S308319859042516 Card 9845 | | 75.90 | |
| 11/16 | | Tfs 888-729-2413 Tfs Pay 2780826 Leigh Gangloff | | 146.99 | |
| 11/19 | | Purchase Return authorized on 11/17 Dick's Sporting Go Plymouth Meet PA S618322545286383 Card 9845 | 23.68 | | |
| 11/19 | | Venmo Cashout 1507762710 Leigh Gangloff | 30.00 | | |
| 11/19 | | Purchase authorized on 11/16 Wawa 8049 0008 Philadelphia PA S468320436627109Card9845 | | 10.29 | |
| 11/19 | | Purchase authorized on 11/16 5Guys 1216 Qsr Conshohocken PA S468320615724289Card9845 | | 12.10 | |

Account number: 9746326272  ■ November 9, 2018 - December 10, 2018  ■ Page 3 of 5    

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/19 | | Purchase authorized on 11/16 Marshalls #0385 Conshohocken PA S388320648243131Card9845 | | 38.68 | |
| 11/19 | | Purchase authorized on 11/16 Wawa 8049 0008 Philadelphia PA S468320843622301Card9845 | | 47.00 | |
| 11/19 | | Purchase authorized on 11/16 Wawa 8049 0008 Philadelphia PA S388320849543514Card9845 | | 21.94 | |
| 11/19 | | Purchase authorized on 11/17 Apl* Itunes.Com/Bl 866-712-7753 CA S388321382677494 Card 9845 | | 1.07 | |
| 11/19 | | Recurring Payment authorized on 11/17 Apl*Itunes.Com/Bll 800-275-2273 CA S308321382856561 Card 9845 | | 2.61 | |
| 11/19 | | Recurring Payment authorized on 11/17 Tmobile*Auto Pay 800-937-8997 WA S388321617993575 Card 9845 | | 348.24 | |
| 11/19 | | Purchase authorized on 11/17 Dick's Sporting Go Plymouth Meet PA S388321878740455 Card 9845 | | 150.82 | |
| 11/19 | | Purchase authorized on 11/17 Panera Bread #2039 Conshohocken PA S388321701611781 Card 9845 | | 7.87 | |
| 11/19 | | Purchase authorized on 11/18 Wawa 8049 0008 Philadelphia PA S308322485368955Card9845 | | 4.67 | |
| 11/19 | | Purchase authorized on 11/18 Stanley's Hardware Philadelphia PA S388322608954926 Card 9845 | | 25.35 | |
| 11/19 | | Purchase authorized on 11/18 Shoprite Roxboroug Roxborough PA S468322832140366 Card 9845 | | 23.57 | |
| 11/19 | | Purchase authorized on 11/18 Dunkin #338594 Q35 Philadelphia PA S468322637985020 Card 9845 | | 16.19 | |
| 11/19 | | Planet Fit Club Fees 1832004378807 267-428-5700 | | 20.05 | |
| 11/19 | | Pgw Webpay Utility 181116 7497541 Leigh Gangloff | | 434.00 | |
| 11/19 | † | Merchant Issued Payment Card - Target Debit Crd ACH Tran 181117 000570350171289 075 Target - Plymouth Meet PA | | 45.12 | 355.90 |
| 11/20 | | Purchase authorized on 11/17 Nike.Com 800-806-6453 OR S468322065490808 Card 9845 | | 47.37 | |
| 11/20 | | Recurring Payment authorized on 11/18 Dunkin Donuts Auto 800-447-0013 MA S308323216777045 Card 9845 | | 10.00 | 298.53 |
| 11/21 | | Mobile Deposit : Ref Number :307210203535 | 594.15 | | |
| 11/21 | | Venmo Cashout 1517973770 Leigh Gangloff | 30.00 | | 922.68 |
| 11/23 | | ATM Cash Deposit on 11/23 6918-32 Ridge Ave Philadelphia PA 0008427 ATM ID 0192P Card 9845 | 115.00 | | |
| 11/23 | | Purchase authorized on 11/21 Amazon.Com*M09A49L Amzn.Com/Bill WA S388325425534926 Card 9845 | | 25.16 | 1,012.52 |
| 11/26 | | ATM Cash Deposit on 11/26 6918-32 Ridge Ave Philadelphia PA 0009073 ATM ID 0192P Card 9845 | 300.00 | | |
| 11/26 | | Purchase authorized on 11/23 Hotbox Yoga Stripe.Com PA S468327542658574 Card 9845 | | 17.00 | |
| 11/26 | | Purchase authorized on 11/24 Wawa 8049 0008 Philadelphia PA S468328450540876Card9845 | | 5.00 | |
| 11/26 | | Purchase authorized on 11/25 Zesto Pizza Philadelphia PA S388329844357562 Card 9845 | | 23.30 | |
| 11/26 | | ATM Withdrawal authorized on 11/26 6918-32 Ridge Ave Philadelphia PA 0009022 ATM ID 0192P Card 9845 | | 100.00 | |
| 11/26 | | Pecoenergy Util_Bil 3801068041 1126 Leigh Gangloff | | 83.00 | 1,084.22 |
| 11/27 | | Recurring Payment authorized on 11/25 Dunkin Donuts Auto 800-447-0013 MA S588330219239212 Card 9845 | | 10.00 | |
| 11/27 | | Purchase authorized on 11/26 Dunkin #338594 Q35 Philadelphia PA S308330843510370 Card 9845 | | 2.91 | |
| 11/27 | | Purchase authorized on 11/26 Shoprite Roxboroug Roxborough PA S468330848113994 Card 9845 | | 5.48 | |
| 11/27 | | Prog Advanced Ins Prem 181127 xxxxx0486 Leigh Leigh Gangloff | | 134.20 | 931.63 |

Account number: 9746326272   ■ November 9, 2018 - December 10, 2018   ■ Page 4 of 5



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 11/28 | | Purchase authorized on 11/27 Wawa 8049 0008 Philadelphia PA S308331474992762Card9845 | | 8.75 | 922.88 |
| 11/29 | | Purchase authorized on 11/27 Acme #2762 Philadelphia PA S308331488662314 Card 9845 | | 23.25 | 899.63 |
| 11/30 | | Cipriani & Werne Direct Dep 181130 644067572452Rqb Gangloff,Leigh A | 1,560.22 | | |
| 11/30 | | Venmo Cashout 1540755965 Leigh Gangloff | 30.00 | | |
| 11/30 | | Recurring Payment authorized on 11/29 Apl*Itunes.Com/Bil 800-275-2273 CA S588333368162006 Card 9845 | | 0.99 | |
| 11/30 | | Paypal Inst Xfer 181130 Purepoweril Leigh Gangloff | | 125.00 | 2,363.86 |
| 12/3 | | Venmo Cashout 1550128121 Leigh Gangloff | 65.00 | | |
| 12/3 | | Purchase authorized on 11/30 Wawa 8049 0008 Philadelphia PA S468334432851775Card9845 | | 7.24 | |
| 12/3 | | Purchase authorized on 11/30 Popeyes Roxbury Philadelphia PA S388334868869800Card9845 | | 18.34 | |
| 12/3 | | Purchase authorized on 12/01 Hotbox Yoga Stripe.Com PA S308335477378528 Card 9845 | | 17.00 | |
| 12/3 | | Purchase authorized on 12/01 Wawa Card Reload 800-444-9292 PA S388335505518358 Card 9845 | | 15.00 | |
| 12/3 | | Purchase authorized on 12/01 Shoprite Roxboroug Roxborough PA S588335628059533 Card 9845 | | 21.47 | |
| 12/3 | | Purchase authorized on 12/01 Nike.Com 800-806-6453 OR S588335721090585 Card 9845 | | 21.97 | |
| 12/3 | | Purchase authorized on 12/01 Chick-Fil-A #00243 610-828-4449 PA S308335820768515 Card 9845 | | 34.02 | |
| 12/3 | | Purchase authorized on 12/01 Sq *Auntie Anne's Plymouth Meet PA S468335851427600 Card 9845 | | 13.77 | |
| 12/3 | | Purchase authorized on 12/01 Shoe Dept 0575 Plymouth Mtng PA S308335857336831 Card 9845 | | 89.98 | |
| 12/3 | | Purchase authorized on 12/02 Shoprite Roxboroug Roxborough PA S468336703990785 Card 9845 | | 28.76 | |
| 12/3 | † | Merchant Issued Payment Card - Target Debit Crd ACH Tran 181202 000570350173247 160 Target - Philadelphia PA | | 19.22 | 2,142.09 |
| 12/4 | | Recurring Payment authorized on 12/02 Verizon*Onetimepay Verizon.Com FL S308336496042072 Card 9845 | | 160.00 | |
| 12/4 | | Recurring Payment authorized on 12/02 Dunkin Donuts Auto 800-447-0013 MA S588337221571682 Card 9845 | | 10.00 | |
| 12/4 | | Purchase authorized on 12/03 Wawa 8049 0008 Philadelphia PA S588337431737721Card9845 | | 8.73 | |
| 12/4 | | Purchase authorized on 12/03 Hotbox Yoga Stripe.Com PA S308337780294931 Card 9845 | | 14.00 | |
| 12/4 | | Purchase authorized on 12/03 Shoprite Roxboroug Roxborough PA S588338023421674 Card 9845 | | 33.25 | |
| 12/4 | | Tfs 888-729-2413 Tfs Pay 2855437 Leigh Gangloff | | 146.99 | 1,769.12 |
| 12/5 | | Purchase authorized on 12/03 Dunkin Donuts Mobi 800-447-0013 MA S308337426103774 Card 9845 | | 10.00 | |
| 12/5 | | Purchase authorized on 12/04 Wawa 8049 0008 Philadelphia PA S308338436510699Card9845 | | 47.81 | 1,711.31 |
| 12/6 | | Purchase authorized on 12/04 Apl* Itunes.Com/Bi 866-712-7753 CA S588339013826795 Card 9845 | | 4.31 | |
| 12/6 | | Purchase authorized on 12/05 Wawa 8049 0008 Philadelphia PA S468339432169838Card9845 | | 7.50 | |
| 12/6 | | Purchase authorized on 12/05 Amzn Mktp US*M0987 Amzn.Com/Bill WA S468339618187802 Card 9845 | | 25.42 | |
| 12/6 | | Purchase authorized on 12/05 Shoprite Roxboroug Roxborough PA S388339855466882 Card 9845 | | 38.93 | |
| 12/6 | † | Merchant Issued Payment Card - Target Debit Crd ACH Tran 181205 000570350173247 163 Target - Philadelphia PA | | 11.39 | 1,623.76 |

Account number: 9746326272   ■ November 9, 2018 - December 10, 2018   ■ Page 5 of 5


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/7 | | Purchase authorized on 12/06 Wawa 8049 0008 Philadelphia PA S308340434717258Card9845 | | 10.13 | |
| 12/7 | | Purchase authorized on 12/06 Shoprite Roxboroug Roxborough PA S308341012696838 Card 9845 | | 21.59 | 1,592.04 |
| 12/10 | | Purchase authorized on 12/07 Wawa 8049 0008 Philadelphia PA S468341426903160Card9845 | | 15.28 | |
| 12/10 | | Purchase authorized on 12/07 Zesto Pizza Philadelphia PA S588342001413195 Card 9845 | | 16.73 | |
| 12/10 | | Purchase authorized on 12/07 Shoprite Roxboroug Roxborough PA S388342073759390 Card 9845 | | 64.49 | |
| 12/10 | | Purchase authorized on 12/08 Usf*Aspca Pet Insu 666-204-6764 OH S588342307749645 Card 9845 | | 89.25 | |
| 12/10 | | Purchase authorized on 12/08 Shoprite Roxboroug Roxborough PA S468342423283687 Card 9845 | | 10.35 | |
| 12/10 | | Purchase with Cash Back $ 40.00 authorized on 12/08 Shoprite Roxborough S1 Roxborough PA P00388342636839524 Card 9845 | | 77.98 | |
| 12/10 | | Purchase authorized on 12/08 Amzn Mktp US*M040U Amzn.Com/Bill WA S308343132798697 Card 9845 | | 30.87 | |
| 12/10 | | Recurring Payment authorized on 12/08 Dunkin' Auto 800-447-0013 MA S468343221112834 Card 9845 | | 10.00 | 1,277.09 |
| Ending balance on 12/10 | | | | | 1,277.09 |
| Totals | | | $4,543.76 | $3,624.54 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

† *Merchant-Issued Payment Card:* This transaction is related to a purchase(s) made using a merchant-issued payment card. The date the merchant submitted the transaction to Wells Fargo may not be the date the transaction was conducted.

Sheet Seq = 0017464
Sheet 00004 of 00004

Account number: 9746326272   ■ December 11, 2018 - January 9, 2019   ■ Page 2 of 5


WELLS FARGO

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2018 | $0.08 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/11 | | Venmo Cashout 1575275697 Leigh Gangloff | 30.00 | | |
| 12/11 | | Recurring Payment authorized on 12/09 Dunkin' Auto 800-447-0013 MA S388344219525793 Card 9845 | | 10.00 | |
| 12/11 | | Purchase authorized on 12/10 Shoprite Roxboroug Roxborough PA S388344859866416 Card 9845 | | 17.94 | 1,279.15 |
| 12/12 | | Purchase authorized on 12/11 Wawa 8049 0008 Philadelphia PA S308345470642280 Card 9845 | | 13.11 | |
| 12/12 | | Purchase authorized on 12/11 Shoprite Roxboroug Roxborough PA S308346040687375 Card 9845 | | 48.12 | 1,217.92 |
| 12/13 | | Venmo Cashout 1579496584 Leigh Gangloff | 100.00 | | |
| 12/13 | | Purchase authorized on 12/11 01415 - 1700 Marke Philadelphia PA S388345719083536 Card 9845 | | 34.00 | |
| 12/13 | | Purchase authorized on 12/12 Wawa 8049 0008 Philadelphia PA S468347006955673 Card 9845 | | 46.25 | |
| 12/13 | | Purchase authorized on 12/12 Wawa 8049 0008 Philadelphia PA S308347011771958 Card 9845 | | 1.59 | 1,236.08 |
| 12/14 | | Cipriani & Werne Direct Dep 181214 467548725359Rqb Gangloff,Leigh A | 1,616.68 | | |
| 12/14 | | Mobile Deposit : Ref Number :703140717970 | 14.39 | | |
| 12/14 | | Venmo Cashout 1581498373 Leigh Gangloff | 85.00 | | |
| 12/14 | | Purchase authorized on 12/12 Wendy's #3098 Philadelphia PA S468347061933448 Card 9845 | | 12.05 | |
| 12/14 | | Recurring Payment authorized on 12/12 Apl*Itunes.Com/Bil 800-275-2273 CA S388347212814032 Card 9845 | | 0.99 | |
| 12/14 | | Recurring Payment authorized on 12/13 Apl*Itunes.Com/Bil 800-275-2273 CA S368347442149210 Card 9845 | | 0.99 | |
| 12/14 | | Purchase authorized on 12/13 Shoprite Roxboroug Roxborough PA S588347861472693 Card 9845 | | 16.51 | |
| 12/14 | | Mashap LLC Ial Paypal 181214 1004509428739 Leigh Gangloff | | 28.00 | 2,893.61 |
| 12/17 | | Venmo Cashout 1585120356 Leigh Gangloff | 30.00 | | |
| 12/17 | | Purchase authorized on 12/14 Wawa 8049 0008 Philadelphia PA S588348438742767 Card 9845 | | 7.13 | |
| 12/17 | | Purchase authorized on 12/14 Dunkin #304503 Q35 Philadelphia PA S308348858089164 Card 9845 | | 2.91 | |
| 12/17 | | Purchase authorized on 12/15 Acme #0731 Philadelphia PA S468349475977955 Card 9845 | | 2.88 | |
| 12/17 | | Recurring Payment authorized on 12/15 Apl*Itunes.Com/Bil 800-275-2273 CA S588349567892096 Card 9845 | | 16.19 | |
| 12/17 | | Purchase authorized on 12/15 Wawa Card Reload 800-444-9292 PA S468349575961586 Card 9845 | | 15.00 | |
| 12/17 | | Recurring Payment authorized on 12/15 Dunkin' Auto 800-447-0013 MA S308350217812282 Card 9845 | | 10.00 | |
| 12/17 | | Purchase authorized on 12/16 Shoprite Roxboroug Roxborough PA S308350548344157 Card 9845 | | 36.29 | |
| 12/17 | | Planet Fit Club Fees 1834804881527 267-428-5700 | | 20.05 | |
| 12/17 | | WF Home Mtg Auto Pay 121418 0405718123 Leigh Gangloff | | 1,083.03 | 1,730.13 |



Account number: 9746326272  ■ December 11, 2018 - January 9, 2019  ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/18 | | Recurring Payment authorized on 12/16 Apl*Itunes.Com/Bil 800-275-2273 CA S588351167119349 Card 9845 | | 2.99 | |
| 12/18 | | Recurring Payment authorized on 12/16 Dunkin' Auto 800-447-0013 MA S468351220275591 Card 9845 | | 10.00 | |
| 12/18 | | Recurring Payment authorized on 12/17 Tmobile*Auto Pay 800-937-8997 WA S388351617192042 Card 9845 | | 348.06 | |
| 12/18 | | Tfs 888-729-2413 Tfs Pay 2915057 Leigh Gangloff | | 146.99 | |
| 12/18 | | Paypal Inst Xfer 181218 Snapfish Leigh Gangloff | | 18.66 | 1,203.43 |
| 12/19 | | Venmo Cashout 1597228625 Leigh Gangloff | 300.00 | | |
| 12/19 | | Purchase authorized on 12/17 Amzn Mktp US*M23C5 Amzn.Com/Bill WA S468352038284828 Card 9845 | | 151.80 | |
| 12/19 | | Purchase authorized on 12/18 Amazon.Com*M23R780 Amzn.Com/Bill WA S388347495868299 Card 9845 | | 43.99 | 1,307.84 |
| 12/20 | | Venmo Cashout 1599170981 Leigh Gangloff | 30.00 | | 1,337.84 |
| 12/21 | | Purchase authorized on 12/19 Amzn Mktp US*M295J Amzn.Com/Bill WA S588353709949026 Card 9845 | | 12.98 | |
| 12/21 | | Purchase authorized on 12/20 Wawa 8049 0008 Philadelphia PA S468354442172279Card9845 | | 7.32 | 1,317.54 |
| 12/24 | | Venmo Cashout 1605460622 Leigh Gangloff | 60.00 | | |
| 12/24 | | Purchase authorized on 12/19 Amzn Mktp US*M24Gr Amzn.Com/Bill WA S468353709890846 Card 9845 | | 5.99 | |
| 12/24 | | Purchase authorized on 12/20 S1689 - 8th & Mark Philadelphia PA S588354707069051 Card 9845 | | 30.00 | |
| 12/24 | | Purchase authorized on 12/21 Gamestop #668 Philadelphia PA S588355655619984Card9845 | | 21.59 | |
| 12/24 | | Purchase authorized on 12/21 Wawa 8049 0008 Philadelphia PA S388355679700004Card9845 | | 30.00 | |
| 12/24 | | Purchase authorized on 12/21 Shoprite Roxboroug Roxborough PA S388355854326540 Card 9845 | | 35.79 | |
| 12/24 | | Purchase authorized on 12/22 Shoprite Roxboroug Roxborough PA S388356652261013 Card 9845 | | 4.99 | |
| 12/24 | | Purchase authorized on 12/22 Old Navy US 6031 Plymouth Meet PA S388357068074555 Card 9845 | | 49.78 | |
| 12/24 | | Purchase authorized on 12/22 Kohl's #0274 Philadelphia PA S308357096952426 Card 9845 | | 28.70 | |
| 12/24 | | Recurring Payment authorized on 12/22 Dunkin' Auto 800-447-0013 MA S468357216681501 Card 9845 | | 10.00 | |
| 12/24 | | Purchase authorized on 12/23 Party City Bopis 973-453-8600 IL S308357597501252Card9845 | | 18.87 | |
| 12/24 | | Purchase authorized on 12/23 Vps Montgomery Pro 615-730-6367 TN S308357722477762 Card 9845 | | 1.00 | |
| 12/24 | | Purchase authorized on 12/23 Montgomery Prothon 610-278-3579 PA S388357722485062 Card 9845 | | 0.60 | |
| 12/24 | | ATM Withdrawal authorized on 12/24 6918-32 Ridge Ave Philadelphia PA 0005688 ATM ID 0192P Card 9845 | | 300.00 | |
| 12/24 | † | Merchant Issued Payment Card - Target Debit Crd ACH Tran 181223 000570350171289 076 Target - Plymouth Meet PA | | 40.97 | |
| 12/24 | † | Merchant Issued Payment Card - Target Debit Crd ACH Tran 181223 000570350172124 081 Target - Philadelphia PA | | 44.68 | 754.58 |
| 12/26 | | Recurring Payment authorized on 12/23 Dunkin' Auto 800-447-0013 MA S468358220845645 Card 9845 | | 10.00 | |
| 12/26 | | Pecoenergy Util_Bil 3801068041 1226 Leigh Gangloff | | 117.00 | 627.58 |

Sheet Seq = 0014655
Sheet 00002 of 00003

Account number: 9746326272 ■ December 11, 2018 - January 9, 2019 ■ Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 12/27 | 141 | Check | | 40.00 | |
| 12/27 | 142 | Check | | 75.00 | 512.58 |
| 12/28 | | Venmo Cashout 1619541608 Leigh Gangloff | 65.00 | | 577.58 |
| 12/31 | | Cipriani & Werno Direct Dep 181231 938108858555Rqb Gangloff,Leigh A | 1,821.28 | | |
| 12/31 | | Recurring Payment authorized on 12/29 Apl*Itunes.Com/Bil 800-275-2273 CA S468363367929948 Card 9845 | | 0.99 | |
| 12/31 | | Recurring Payment authorized on 12/29 Dunkin' Auto 800-447-0013 MA S588364217734393 Card 9845 | | 10.00 | 2,187.87 |
| 1/2 | | Recurring Payment authorized on 12/30 Dunkin' Auto 800-447-0013 MA S388365219866300 Card 9845 | | 10.00 | |
| 1/2 | | Purchase authorized on 12/31 Cvs/Pharmacy #0898 Philadelphia PA S308365447961641 Card 9845 | | 17.31 | |
| 1/2 | | Purchase authorized on 12/31 Shoprite Roxboroug Roxborough PA S588365599689695 Card 9845 | | 17.95 | |
| 1/2 | | Purchase authorized on 12/31 Popeyes Roxbury Philadelphia PA S468365749993662 Card 9845 | | 20.50 | |
| 1/2 | | Purchase authorized on 12/31 Sp * Girlswhopower Girlswhopower FL S388365821347527 Card 9845 | | 22.00 | |
| 1/2 | | Purchase authorized on 01/01 Wawa 8049 0008 Philadelphia PA S309001676836933Card9845 | | 45.19 | |
| 1/2 | | Prog Advanced Ins Prem 190102 xxxxx0486 Leigh Leigh Gangloff | | 134.16 | 1,920.76 |
| 1/3 | | Purchase authorized on 01/01 Amz*Sock Wizard Amzn.Com/Pmts CT S589002095127417 Card 9845 | | 10.28 | |
| 1/3 | | Purchase authorized on 01/01 Amzn Mktp US*M272C Amzn.Com/Bill WA S389002224788558 Card 9845 | | 19.98 | |
| 1/3 | | Recurring Payment authorized on 01/02 Verizon*Onetimepay Verizon.Com FL S589002361184845 Card 9845 | | 165.00 | |
| 1/3 | | Purchase authorized on 01/02 Wawa Card Reload 800-444-9292 PA S389002790509460 Card 9845 | | 15.00 | |
| 1/3 | | Purchase authorized on 01/02 Shoprite Roxboroug Roxborough PA S389002855033442 Card 9845 | | 19.65 | |
| 1/3 | | Tfs 888-729-2413 Tfs Pay 2983352 Leigh Gangloff | | 146.99 | 1,543.86 |
| 1/4 | | Purchase Return authorized on 01/03 Kohl's #0274 Philadelphia PA S619004546944591 Card 9845 | 18.99 | | |
| 1/4 | | Purchase authorized on 12/31 Amzn Mktp US*Mb77L Amzn.Com/Bill WA S309001280546560 Card 9845 | | 3.93 | |
| 1/4 | | Purchase authorized on 01/02 Acme #2762 Philadelphia PA S469003002385512 Card 9845 | | 7.00 | |
| 1/4 | | Purchase authorized on 01/03 Kohl's #0274 Philadelphia PA S589003848117422 Card 9845 | | 23.00 | |
| 1/4 | | ATM Withdrawal authorized on 01/04 6918-32 Ridge Ave Philadelphia PA 0007893 ATM ID 0192P Card 9845 | | 120.00 | 1,408.92 |
| 1/7 | | Purchase authorized on 01/03 Acme #0731 Philadelphia PA S469003840854892 Card 9845 | | 6.49 | |
| 1/7 | | Purchase authorized on 01/03 Amzn Mktp US*M273O Amzn.Com/Bill WA S469004228989042 Card 9845 | | 16.79 | |
| 1/7 | | Purchase authorized on 01/04 Amzn Mktp US*M2834 Amzn.Com/Bill WA S389004511998614 Card 9845 | | 40.78 | |
| 1/7 | | Purchase authorized on 01/04 Petsmart # 0562 Plymouth Meet PA S469005071885290 Card 9845 | | 15.87 | |
| 1/7 | | Purchase authorized on 01/05 Wawa 8049 0008 Philadelphia PA S469005459945775Card9845 | | 3.74 | |
| 1/7 | | Purchase authorized on 01/05 Acme #0731 Philadelphia PA S459005608791237 Card 9845 | | 42.24 | |
| 1/7 | | Purchase authorized on 01/05 Stanley's Hardware Philadelphia PA S309005665949973 Card 9845 | | 10.79 | |

Account number: 9746326272 ■ December 11, 2018 - January 9, 2019 ■ Page 5 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 1/7 | | Purchase authorized on 01/05 Dunkin #338594 Q35 Philadelphia PA S309005673437625 Card 9845 | | 10.94 | |
| 1/7 | | Recurring Payment authorized on 01/05 Dunkin' Auto 800-447-0013 MA S589006216735303 Card 9845 | | 10.00 | |
| 1/7 | | Purchase authorized on 01/06 Dalvas Diner and G Philadelphia PA S469006503201752 Card 9845 | | 32.08 | 1,219.20 |
| 1/8 | | Recurring Payment authorized on 01/06 Dunkin' Auto 800-447-0013 MA S309007218756741 Card 9845 | | 10.00 | |
| 1/8 | | Purchase authorized on 01/07 Wawa Card Reload 800-444-9292 PA S469007821983878 Card 9845 | | 15.00 | 1,194.20 |
| Ending balance on 1/9 | | | | | 1,194.20 |
| Totals | | | $3,971.34 | $4,054.23 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

*† Merchant-Issued Payment Card: This transaction is related to a purchase(s) made using a merchant-issued payment card. The date the merchant submitted the transaction to Wells Fargo may not be the date the transaction was conducted.*

Sheet Seq = 0014656
Sheet 00003 of 00003

| | |
|---|---|
| **From:** | Leigh Gangloff |
| **Sent:** | Friday, January 25, 2019 6:13 PM |
| **To:** | "James Moran" |
| **Cc:** | "Leigh Gangloff" |
| **Subject:** | WF bank account activity |

Attached is the withdrawal activity from my bank account starting on January 10 through today.

**LEIGH GANGLOFF** | PARALEGAL

# CIPRIANI & WERNER PC

450 SENTRY PARKWAY, SUITE 200 | BLUE BELL, PA 19422
(610) 567-0700 (MAIN)   | www.c-wlaw.com
(610) 862-2016 (DIRECT) | lgangloff@c-wlaw.com

PENNSYLVANIA · NEW JERSEY · WEST VIRGINIA · DELAWARE · MARYLAND ·
WASHINGTON DC · NEW YORK · VIRGINIA

| Date | Amount | Description |
|---|---|---|
| 1/25/2019 | -24.95 | PAYPAL INST XFER 190125 ETSY LEIGH GANGLOFF |
| 1/25/2019 | -43.5 | PURCHASE AUTHORIZED ON 01/24 WAWA 8049 0008 PHILADELPHIA PA S309024433462 |
| 1/25/2019 | 65 | VENMO CASHOUT 1694969969 LEIGH GANGLOFF |
| 1/25/2019 | -1083.03 | WF HOME MTG AUTO PAY 011619 0405718123 LEIGH GANGLOFF |
| 1/25/2019 | 12.41 | PURCHASE RETURN AUTHORIZED ON 01/24 STANLEY'S HARDWARE PHILADELPHIA PA S61 |
| 1/23/2019 | -6.36 | PURCHASE AUTHORIZED ON 01/22 WAWA 8049 0008 PHILADELPHIA PA S389022429104 |
| 1/23/2019 | -19.74 | PURCHASE AUTHORIZED ON 01/21 TACO BELL 027771 BALA CYNWYD PA S589021848776 |
| 1/22/2019 | -15 | PURCHASE AUTHORIZED ON 01/21 WAWA CARD RELOAD 800-444-9292 PA S5890216287 |
| 1/22/2019 | -10 | RECURRING PAYMENT AUTHORIZED ON 01/20 DUNKIN' AUTO 800-447-0013 MA S30902: |
| 1/22/2019 | -34.54 | PURCHASE AUTHORIZED ON 01/20 STANLEY'S HARDWARE PHILADELPHIA PA S389020616 |
| 1/22/2019 | -10 | RECURRING PAYMENT AUTHORIZED ON 01/19 DUNKIN' AUTO 800-447-0013 MA S589020 |
| 1/22/2019 | 2.17 | PURCHASE RETURN AUTHORIZED ON 01/20 STANLEY'S HARDWARE PHILADELPHIA PA S61 |
| 1/18/2019 | -15.33 | PURCHASE AUTHORIZED ON 01/17 WAWA 8049 0008 PHILADELPHIA PA S469018019940 |
| 1/18/2019 | -339.9 | RECURRING PAYMENT AUTHORIZED ON 01/17 TMOBILE*AUTO PAY 800-937-8997 WA S3 |
| 1/18/2019 | -2.99 | RECURRING PAYMENT AUTHORIZED ON 01/16 APL*ITUNES.COM/BIL 800-275-2273 CA S4 |
| 1/18/2019 | -20 | PURCHASE AUTHORIZED ON 01/16 51689 - 8TH & MARK PHILADELPHIA PA S4690167096 |
| 1/18/2019 | 24 | PURCHASE RETURN AUTHORIZED ON 01/17 KOHL'S #0274 PHILADELPHIA PA S619018812 |
| 1/18/2019 | 11 | PURCHASE RETURN AUTHORIZED ON 01/17 GROUPON INC GROUPON.COM IL S62901881 |
| 1/17/2019 | -20.05 | PLANET FIT CLUB FEES 1901610586655 267-428-5700 |
| 1/17/2019 | -45 | PURCHASE AUTHORIZED ON 01/16 WAWA 8049 0008 PHILADELPHIA PA S589016431133 |
| 1/16/2019 | -146.99 | TFS 888-729-2413 TFS PAY 3040372 Leigh Gangloff |
| 1/16/2019 | -12.24 | PURCHASE WITH CASH BACK $ 10.00 AUTHORIZED ON 01/16 SHOPRITE ROXBOROUGH S1 |
| 1/16/2019 | -107.53 | PURCHASE AUTHORIZED ON 01/15 SHOPRITE ROXBOROUG ROXBOROUGH PA S5890160! |
| 1/16/2019 | -3.5 | PURCHASE AUTHORIZED ON 01/15 CHH-GARAGE FD10 CHESTNUT HILL PA S469015747315 |
| 1/16/2019 | -15 | PURCHASE AUTHORIZED ON 01/15 WAWA CARD RELOAD 800-444-9292 PA S389015738: |
| 1/16/2019 | -43.98 | PURCHASE AUTHORIZED ON 01/15 Amazon.com*MB6NJ2Z Amzn.com/bill WA S3090155 |
| 1/16/2019 | -16.19 | RECURRING PAYMENT AUTHORIZED ON 01/15 APL*ITUNES.COM/BIL 800-275-2273 CA S4 |
| 1/15/2019 | -10 | RECURRING PAYMENT AUTHORIZED ON 01/13 DUNKIN' AUTO 800-447-0013 MA S46901 |
| 1/15/2019 | 1633.08 | CIPRIANI & WERNE DIRECT DEP 190115 733035797712RQB GANGLOFF,LEIGH A |
| 1/14/2019 | -25.16 | PURCHASE AUTHORIZED ON 01/13 SHOPRITE ROXBOROUG ROXBOROUGH PA S30901350 |
| 1/14/2019 | -0.99 | RECURRING PAYMENT AUTHORIZED ON 01/13 APL*ITUNES.COM/BIL 800-275-2273 CA S! |
| 1/14/2019 | -10 | RECURRING PAYMENT AUTHORIZED ON 01/12 DUNKIN' AUTO 800-447-0013 MA S58901: |
| 1/14/2019 | -0.99 | RECURRING PAYMENT AUTHORIZED ON 01/12 APL*ITUNES.COM/BIL 800-275-2273 CA S! |
| 1/14/2019 | -4.59 | PURCHASE AUTHORIZED ON 01/11 SQ *AUNTIE ANNE'S PLYMOUTH MEET PA S46901177 |
| 1/14/2019 | -31.35 | PURCHASE AUTHORIZED ON 01/11 CHICK-FIL-A #00243 PLYMOUTH MTNG PA S38901175 |
| 1/14/2019 | 100 | VENMO CASHOUT 1665597654 LEIGH GANGLOFF |
| 1/11/2019 | -25 | PURCHASE AUTHORIZED ON 01/10 WAWA 8049 0008 PHILADELPHIA PA S589010719820 |
| 1/10/2019 | 65 | VENMO CASHOUT 1654902272 LEIGH GANGLOFF |

995 CARD 9845

L9025547051927 CARD 9845
266 CARD 9845
5349 CARD 9845
743338 CARD 9845
1221477745 CARD 9845
5810035 CARD 9845
0217604771 CARD 9845
L9021546535305 CARD 9845
532 CARD 9845
509017626491503 CARD 9845
169017167965800 CARD 9845
48246 CARD 9845
229712 CARD 9845
L4928017 CARD 9845

775 CARD 9845

L ROXBOROUGH PA P00309016857303760 CARD 9845
50253344 CARD 9845
51163 CARD 9845
308986 CARD 9845
73442635 CARD 9845
169015566612020 CARD 9845
4221369060 CARD 9845

07138256 CARD 9845
589013442153004 CARD 9845
3216777934 CARD 9845
589013212855764 CARD 9845
9043624 CARD 9845
8341355 CARD 9845

012 CARD 9845

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                              Chapter 13

    LEIGH A. GANGLOFF                Bankruptcy No. 16-13659 MDC

Debtor

CERTIFICATION OF SERVICE

Leigh A. Gangloff, Debtor in the above captioned Chapter 13 Bankruptcy case, hereby certifies that on the 16th day of April, 2019, I served a copy of the foregoing Answer to Counsel for the Debtor's Motion to Withdraw as Counsel of Record, on all parties listed below:

_____
Signature of the Debtor

William C. Miller, Trustee
Jacqueline Chandler, Esquire
1234 Market Street, 18th Floor
Philadelphia, PA 19107
**VIA FIRST CLASS MAIL**

James D. Moran, Esquire
512 South 47th Street, 2nd Floor
Philadelphia, PA 19143
**VIA FIRST CLASS MAIL**