UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re

LEIGH A. GANGLOFF

Debtor

Chapter 13

Bankruptcy No. 16-13659-MDC

FILED
APR 19 2019
TIMOTHY McGRATH, CLERK
BY: _____ DEP CLERK

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Leigh A. Gangloff, Debtor in the above-captioned Chapter 13 Bankruptcy case, has filed a Motion to Reinstate the Automatic Stay.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before April 29, 2019, you and your attorney must file a response to the Motion. (See Instructions on next page.)

3. A hearing on the Motion is scheduled to be held on May 14, 2019, at 10:30 AM in Courtroom #2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the Court may cancel the hearing and enter and Order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to

you if you request a copy of the attorney whose name and address is listed below.

## FILING INSTRUCTIONS

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

> U.S. Bankruptcy Court
> Clerk of the Court
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

9. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Debtor:

> Leigh A. Gangloff, Debtor
> 328 Fountain Street
> Philadelphia, PA 19128

Date: April 16, 2019

_____
LEIGH A. GANGLOFF, DEBTOR

2