UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LEIGH A. GANGLOFF, | : | |
| Debtor | : | BANKRUPTCY NO. 16-13659MDC |

CERTIFICATION OF NO RESPONSE

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than fifteen (15) days have elapsed since he made service of his Motion to Withdraw as Counsel of Record, together with the Amended Notice of Motion, Response Deadline and Hearing Date.

Counsel further certifies that no creditor or party in interest has filed any opposition to the Motion.

Respectfully submitted,

*/s/ James P. Moran*
JAMES D. MORAN, ESQUIRE
Attorney for Debtor
512 South 47th Street
Second Floor
Philadelphia, PA 19143
Tel: (215) 724-2793
jamesdmoran@hotmail.com

Dated: May 6, 2019