UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

LEIGH A. GANGLOFF, :

    Debtor : BANKRUPTCY NO. 16-13659MDC

ORDER

AND NOW, this 7th day of May, 2019, upon consideration of the Motion of Debtor's Counsel to Withdraw as Attorney of Record in this case, it is hereby ORDERED and DECREED that the Motion is GRANTED.

The appearance of James D. Moran as attorney for the Debtor is hereby STRICKEN from this case.

BY THE COURT:

*Magdeline D. Co*———
MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc: William C. Miller, Trustee
1234 Market Street, 18th Floor
Philadelphia, PA 19107

Leigh A. Gangloff
328 Fountain Street
Philadelphia, PA 19128

James D. Moran, Esquire
512 South 47th Street
Second Floor
Philadelphia, PA 19143