United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13659-mdc
Leigh A. Gangloff                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1              Date Rcvd: May 09, 2019
                         Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db             +Leigh A. Gangloff,   328 Fountain Street,   Philadelphia, PA 19128-4512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13

LEIGH A. GANGLOFF,                                  :

      Debtor                                        :        BANKRUPTCY NO. 16-13659MDC

ORDER

AND NOW, this 7th day of May, 2019, upon consideration of the Motion of Debtor's Counsel to Withdraw as Attorney of Record in this case, it is hereby ORDERED and DECREED that the Motion is GRANTED.

The appearance of James D. Moran as attorney for the Debtor is hereby STRICKEN from this case.

BY THE COURT:

_Magdeline D. Co_____
MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc:  William C. Miller, Trustee
     1234 Market Street, 18th Floor
     Philadelphia, PA 19107

     Leigh A. Gangloff
     328 Fountain Street
     Philadelphia, PA 19128

     James D. Moran, Esquire
     512 South 47th Street
     Second Floor
     Philadelphia, PA 19143