UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                           Chapter 13

    LEIGH A. GANGLOFF                    Bankruptcy No. 16-13659 MDC

Debtor

ORDER GRANTING MOTION TO REINSTATE STAY

AND NOW, this 27th day of August, 2019, upon consideration of Debtor's Motion to Reinstate the Automatic Stay, and upon consideration of any response thereto, it is hereby ORDERED and DECREED that the Motion is ~~GRANTED, and the Automatic Stay is Reinstated~~. DENIED for the reasons stated on the record.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc:

Karina Velter, Esquire
Manley, Deas, Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028
**VIA FIRST CLASS MAIL**

William C. Miller, Trustee
Jacqueline Chandler, Esquire
1234 Market Street, 18th Floor
Philadelphia, PA 19107
**VIA FIRST CLASS MAIL**

James D. Moran, Esquire
512 South 47th Street, 2nd Floor
Philadelphia, PA 19143
**VIA FIRST CLASS MAIL**