United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leigh A. Gangloff
    Debtor

Case No. 16-13659-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                Page 1 of 1                Date Rcvd: Aug 29, 2019
                              Form ID: pdf900             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db           +Leigh A. Gangloff,    328 Fountain Street,    Philadelphia, PA 19128-4512
13731819      Manley, Deas, Kochalski, LLC,    PO Box 165028,    Columbus, OH 43216-5028
13740129     +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13731820      Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14040386      Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
13745823     +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
               ADDISON, TEXAS 75001-9013
13773275      Wells Fargo Bank NA,    PO Box 10438,    Des Moines    IA    50306-0438
13792999     +Wells Fargo Bank, N.A.,    1 Home Campus, Attn: Payment Process,    MAC #X2302-04C,
               Des Moines, IA 50328-0001
13731821     +Wells Fargo,,    3476 Stateview Blvd.,,    MAC #X7801-013,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: bncnotice@ph13trustee.com Aug 30 2019 03:18:26      WILLIAM C. MILLER,
               Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg           E-mail/Text: megan.harper@phila.gov Aug 30 2019 03:18:14      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2019 03:17:40
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2019 03:17:52      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13795476      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 03:31:05
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13755150      E-mail/Text: appebnmailbox@sprint.com Aug 30 2019 03:17:41      Sprint Corp.,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13762852       James D.Moran,2230 Land Title Bldg.,Phila.,PA 1910
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
```
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                Chapter 13

    **LEIGH A. GANGLOFF**                              Bankruptcy No. 16-13659 MDC

Debtor

ORDER GRANTING MOTION TO REINSTATE STAY

AND NOW, this 27th day of August, 2019, upon consideration of Debtor's Motion to Reinstate the Automatic Stay, and upon consideration of any response thereto, it is hereby ORDERED and DECREED that the Motion is ~~GRANTED, and the Automatic Stay is Reinstated~~. DENIED for the reasons stated on the record.

BY THE COURT:

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc:

Karina Velter, Esquire
Manley, Deas, Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028
**VIA FIRST CLASS MAIL**

James D. Moran, Esquire
512 South 47th Street, 2nd Floor
Philadelphia, PA 19143
**VIA FIRST CLASS MAIL**

William C. Miller, Trustee
Jacqueline Chandler, Esquire
1234 Market Street, 18th Floor
Philadelphia, PA 19107
**VIA FIRST CLASS MAIL**