# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-13659-MDC

LEIGH A. GANGLOFF

328 FOUNTAIN STREET,

PHILADELPHIA, PA 19128

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEIGH A. GANGLOFF

328 FOUNTAIN STREET,

PHILADELPHIA, PA 19128

Counsel for debtor(s), by electronic notice only.

JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Date: 9/11/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee