**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LEIGH A. GANGLOFF | Chapter 13 |
| Debtor | Bankruptcy No. 16-13659-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Debtor:
LEIGH A. GANGLOFF

328 FOUNTAIN STREET,

PHILADELPHIA, PA 19128