United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-13659-mdc
Leigh A. Gangloff                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Stacey              Page 1 of 1           Date Rcvd: Oct 10, 2019
                               Form ID: pdf900           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db              +Leigh A. Gangloff,    328 Fountain Street,     Philadelphia, PA 19128-4512
13731819         Manley, Deas, Kochalski, LLC,    PO Box 165028,     Columbus, OH 43216-5028
13740129        +Philadelphia Gas Works,    800 W Montgomery Ave,     Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13731820         Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14040386         Toyota Lease Trust,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern  PA 19355-0701
13745823        +Toyota Lease Trust,    c/o TOYOTA MOTOR CREDIT CORPORATION,      PO BOX 9013,
                 ADDISON, TEXAS 75001-9013
13773275         Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA     50306-0438
13792999        +Wells Fargo Bank, N.A.,    1 Home Campus, Attn: Payment Process,     MAC #X2302-04C,
                 Des Moines, IA 50328-0001
13731821        +Wells Fargo,,   3476 Stateview Blvd.,,    MAC #X7801-013,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: bncnotice@ph13trustee.com Oct 11 2019 02:42:36      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:21      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:41:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13795476         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2019 02:51:16
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13755150         E-mail/Text: appebnmailbox@sprint.com Oct 11 2019 02:42:12      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13762852         James D.Moran,2230 Land Title Bldg.,Phila.,PA 1910
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
```
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Lease Trust tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| LEIGH A. GANGLOFF | |
| Debtor | Bankruptcy No. 16-13659-MDC |

# **O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
512 SOUTH 47TH ST.
SECOND FLOOR
PHILADELPHIA, PA 19143-

Debtor:
LEIGH A. GANGLOFF

328 FOUNTAIN STREET,

PHILADELPHIA, PA 19128